FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2026

SEAN F. McAVOY, CLERK

AUSA: CAB

County: Spokane

*In Re Affidavit in Support of Criminal Complaint as: 2:26-MJ-00552-JAG*

1) *Pablo ACEVEDO*
2) *Aldo ACEVEDO*
3) *Juan ACEVEDO-Andrade*
4) *Jesus ACEVEDO-Mendoza*

State of Washington )

ss

County of Spokane )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Neagos, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint seeking the arrest of Pablo ACEVEDO, Aldo ACEVEDO, Jesus ACEVEDO, and Juan ACEVDO for Conspiracy to Traffic Firearms, in violation of 18 U.S.C. § 933(a)(1)-(3), (b).

2. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") and have been so employed since October of 2025. During my employment with the ATF I have I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and the Special Agent Basic Training Program both located in Glynco, Georgia. Prior to my employment with the ATF, I served as a law enforcement officer with the City of Clarksville, Tennessee for over 14 years.

3. The facts set forth below are based upon (1) my own personal observations; (2) reports and information provided to me by other law enforcement

agents or government agencies; (3) evidence collected through investigative operations. Because this affidavit is being submitted solely for establishing probable cause to support a criminal complaint, I have not included each fact known to me concerning this investigation. I have only set forth facts necessary to support the authorization of the requested arrest warrant and criminal complaint.

## INVESTIGATION

4. On September 13, 2026, ATF was conducting surveillance at the Lewis & Clark Gun Show in Post Falls, Idaho, which had been identified as a significant source for firearms being trafficked into Eastern Washington. At approximately 1037 hours, ATF Special Agent Jared Tomaso, who was inside the event conducting covert surveillance, observed a group of approximately five Hispanic males looking at various firearms, later identified as Aldo ACEVEDO ("ALDO"), Pablo ACEVEDO ("PABLO"), Jesus ACEVEDO ("JESUS"), Juan ACEVEDO ("JUAN"), and a 16-year-old juvenile, S.A. SA Tomaso observed ALDO on video call an individual and showing him/her a video of an AR-type rifle. SA Tomaso, a fluent Spanish speaker, could hear the conversation that was occurring in Spanish, and it was apparent to SA Tomaso ALDO was shopping for the individual on the phone. JUAN was also present and participated in the conversation, to include handling and holding up various firearms to the individual on the phone.

5. Shortly thereafter, SA Tomaso observed PABLO pull out a large stack of money and provide some to the other individuals in the group, which included ALDO, JESUS, JUAN, and the juvenile, consistent with PABLO paying for the purchases. After receiving the money, the group members then spread out and went to different vendors. SA Tomaso tried to maintain visual observations of the group, albeit the gun show was crowded. Consistently, the group members went to different vendors, sometimes solo and sometimes in pairs, but always returned to

the group before heading back out to different vendors. SA Tomaso observed them purchase several firearms from vendors. During one transaction, PABLO purchased a shotgun, and it appeared to SA Tomaso that ALDO was assisting with language translation in the negotiation of that purchase. The purchased firearms included but are not limited to, a shotgun, AR-style rifle, and a handgun.

6. During this time, S.A. (juvenile) was looking at a handgun and indicated to the vendor that he wanted to buy it. The vendor told him that he would need to see a form of identification from "somebody" so he could fill out a receipt. The group looked at each other with apprehension, and then the vendor stated something to the effect of, "Don't worry, I won't run it, it's just for my receipt." PABLO then took out a Washington State form of identification card and handed it to the vendor. The vendor appeared to fill out a hand receipt and then returned the identification card to PABLO. PABLO then paid the vendor, and the vendor gave PABLO the pistol. PABLO then gave the pistol to the juvenile. SA Tomaso also observed the group purchase accessories such as high-capacity magazines and ammunition.

7. At approximately 1112 hours, SA Tomaso observed the group complete their purchases, exit the event center, and walk to a black Chevrolet Silverado bearing a Washington state license plate. SA Tomaso noted that each member of the group was in possession of a firearm and/or a firearm box (either cardboard storage box or a manufacturers case). Additionally, I observed the group leaving and noted the same thing - everyone was carrying something that appeared to have been purchased from the gun show. SA Tomaso observed the group enter the Silverado with the purchased firearms. The Silverado then left the event center parking lot and traveled towards the Idaho / Washington border, followed by surveillance.

8. At approximately 1130 hours, the vehicle crossed into Washington

State from Idaho and was surveilled until a traffic stop was conducted on the vehicle alongside U.S. Route 195 in Whitman County, Washington. ATF Agents maintained constant visual observation of the vehicle from the time the males entered their vehicle to the time the traffic stop was conducted. At no time during the observations did surveillance observe any of the occupants change or remove any firearms.

9. The vehicle occupants were identified as ALDO, PABLO, JESUS, JUAN, and S.A, with ALDO as the driver. The occupants exited the vehicle as instructed, and agents observed several firearm cases located on the rear floorboard consistent with the cases and firearms that SA Tomaso and I observed the group purchase at the Idaho gun show in plain view. During a subsequent search of the Silverado, agents discovered 11 firearms, which included 7 handguns, an AR-style rifle with high-capacity magazines, a shotgun, and two hunting-type rifles along with several boxes of various caliber ammunition, which coincided with the calibers of the handguns that were located. Additionally, 9 of the 11 recovered firearms had zip ties affixed to them, which is common for firearms purchased from gun shows as a makeshift safety device. In fact, at this gun show, it was requirement for the vendors to secure their firearms in this manner per the signage posted.

10. During the traffic stop, JESUS provided a Mexican voter's card as well as a Washington State driver's license with his city of residence listed as Mabton, Washington and provided his full name of Jesus ACEVEDO-Mendoza. His criminal history indicates he was previously deported from the United States. JUAN provided a Mexican voter's card and a Mexican driver's license issued in Jalisco, Mexico and provided his full name of Juan ACEVEDO-Andrade. PABLO provided a Washinton State driver's license with his city of residence listed as Sunnyside, Washington. ALDO provided a Mexican voter's card and a

Washington State driver's license with his city of residence also listed as Sunnyside, Washington.

## CONCLUSION

11. Based on the foregoing, I submit that there is probable cause to believe that on September 13, 2026, Aldo ACEVEDO, Pablo ACEVEDO, Jesus ACEVEDO, and Juan ACEVEDO committed Conspiracy to Traffic Firearms, in violation of 18 U.S.C. § 933(a)(1)-(3), (b).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

____________________________
Justin Neagos
Special Agent, Bureau of Alcohol, Tobacco, Firearms, & Explosives

Sworn to ~~telephonically~~ in person JAG and signed electronically on this 14th day of Sepember, 2026.

____________________________
James A. Goeke
United States Magistrate Judge